FILED'06 MAR 06 16:45USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
DENNIS VOSGIER,                )
                               )   Civil No. 05-1589-HU
        Plaintiff,             )
                               )
    v.                         )
                               )   ORDER
JO ANNE B. BARNHART,           )
Commissioner, Social Security  )
Administration,                )
                               )
        Defendant.             )
```

MOSMAN, District Judge.

Plaintiff having conceded defendant's motion to dismiss in his response to the motion,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [7] is GRANTED, with leave to plaintiff to re-file for judicial review under 42 U.S.C. 405(g), 1383(c)(3) if at some future time all administrative remedies have been exhausted.

DATED this 6th day of March, 2006.

/s/ Michael W. Mosman
Michael W. Mosman
United States District Judge

F:\USER\BARTHOLO.MEW\CDRIVE\CASEFORM\05-1589order.wpd